# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 21. Court Reporter Motion for Extension of Time to File Transcript

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form21instructions.pdf*

**9th Cir. Case Number(s):** 22-50048

**Case Name:** USA v Steven Duarte

**U.S. District Court for** Central District of California

**District Court Case Number(s):** CR 20-387-AB

**Name of Reporter/Recorder:** Chia Mei Jui

**Proposed new due date:** Jul 15, 2022

Explain why you need the extension:

Due to the voluminous number of pages, coupled with other transcript orders, I respectfully request an extension to July 15, 2022.

**To request a waiver of the fee reduction,** you **must** complete the following:

I certify that _____

*(name of district court judge, district court clerk, chief deputy clerk or court reporter supervisor)*

has authorized me to represent that I qualify for the waiver of the fee reduction based on good cause shown. I will serve a copy of this motion on the authorizing person.

**Signature:** /s/ Chia Mei Jui    **Date:** Jun 13, 2022

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 21                                                          Rev. 12/01/2018