| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 14 2022 |
| | MOLLY C. DWYER, CLERK  <br> U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

v.

STEVEN DUARTE, AKA Shorty,

        Defendant-Appellant.

No.   22-50048

D.C. No. 2:20-cr-00387-AB-1
Central District of California,
Los Angeles

ORDER

    Court Reporter Chia Mei Jui's motion (Docket Entry No. 9) for an extension of time to file the transcript is granted. The transcript is due July 15, 2022. This order does not waive the mandatory fee reduction. *See* Report of the Proceedings of the Judicial Conference of the United States, March 1982 at 10.

    The opening brief is now due August 24, 2022. The answering brief is due September 23, 2022. The optional reply brief is due within 21 days after service of the answering brief.

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT

                                                By: Sofia Salazar-Rubio
                                                Deputy Clerk
                                                Ninth Circuit Rule 27-7

SSR/Pro Mo