| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 26 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>STEVEN DUARTE, AKA Shorty,<br><br>    Defendant - Appellant. | No. 22-50048<br><br>D.C. No. 2:20-cr-00387-AB-1<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

Appellant's motion (Docket Entry No. 15) for an extension of time to file the opening brief is granted. The appellant's opening brief is due November 22, 2022; appellee's answering brief is due December 22, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7