**FILED**

NOV 17 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN DUARTE, AKA Shorty, <br><br> Defendant-Appellant. | No. 22-50048 <br><br> D.C. No. 2:20-cr-00387-AB-1 <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Appellant's unopposed motion (Docket Entry No. 17) for an extension of time to file the opening brief is granted.

The opening brief is due January 20, 2023. The answering brief is due February 21, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo