| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 17 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 22-50048 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:20-cr-00387-AB-1 |
| v. | U.S. District Court for Central California, Los Angeles |
| STEVEN DUARTE, AKA Shorty, | |
| Defendant - Appellant. | **ORDER** |

Appellant's motion (Docket Entry No. 19) for an extension of time to file the opening brief is granted. The appellant's opening brief is due January 30, 2023; appellee's answering brief is due March 1, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7