UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>STEVEN DUARTE, AKA Shorty,<br><br>    Defendant - Appellant. | No. 22-50048<br><br>D.C. No. 2:20-cr-00387-AB-1<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

Appellee's motion (Docket Entry No. 30) for an extension of time to file the answering brief is granted. The appellee's answering brief is due May 31, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Ninth Circuit Rule 27-7