UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>STEVEN DUARTE, AKA Shorty,<br><br>      Defendant - Appellant. | No. 22-50048<br><br>D.C. No. 2:20-cr-00387-AB-1<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

Appellant's motion (Docket Entry No. 36) for an extension of time to file the reply brief is granted. The reply brief is now due on or before August 21, 2023.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT