# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-50048

**Case Name** United States v. Steven Duarte

**Hearing Location** (*city*) Pasadena

**Your Name** Sonam Henderson

List the sitting dates for the two sitting months you were asked to review:

December 4-8 & 11-14; January 8-12.

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am the only attorney from my office assigned to represent Mr. Duarte. I will be out of the country for prepaid and nonrefundable family travel from December 30, 2023, until January 13, 2024. Accordingly, I am not available for the January sitting dates.

I will be available for the December sitting dates. However, today I am filing a motion requesting that this Court briefly delay calendaring this case so that it can be calendared before the same panel as two related cases, United States v. Rojo, Case No. 23-598, and United States v. Butts, Case No. 23-313. Accordingly, I respectfully request that this case not be assigned to a panel until that motion is resolved.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

⦿ Yes ◯ No

If yes, list the number, name, and hearing city of each of the other case(s):

I got a notice of consideration for United States v. Brett Parkins, 22-50186, for the same sitting dates in Pasadena.

**Signature** s/ Sonam Henderson **Date** 8/21/2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32** *New 12/01/2018*