| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 24 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

STEVEN DUARTE, AKA Shorty,

    Defendant-Appellant.

No. 22-50048

D.C. No. 2:20-cr-00387-AB-1
Central District of California,
Los Angeles

ORDER

Appellant's "motion to schedule related cases for argument before the same panel" (Docket Entry No. 42) is denied.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA158