UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    22-50048 |
| Plaintiff-Appellee, | |
| | D.C. No. 2:20-cr-00387-AB-1 |
| v. | Central District of California, |
| | Los Angeles |
| STEVEN DUARTE, | |
| | ORDER |
| Defendant-Appellant. | |

Defendant-Appellant's Motion to Stay Proceedings Pending the Supreme
Court's Decision in *United States v. Rahimi* (Docket Entry No. 53) is denied.

Oral argument for this matter will proceed as scheduled.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT