UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. STEVEN DUARTE, AKA Shorty, Defendant-Appellant. | No. 22-50048 D.C. No. 2:20-cr-00387-AB-1 Central District of California, Los Angeles ORDER |

Before: BEA, M. SMITH, and VANDYKE, Circuit Judges.

The Court is of the unanimous opinion that allotting additional oral argument time for each party would aid the decisional process. It is therefore ordered that the parties shall each have 15 minutes to present their arguments on Monday, December 4, 2023, in Pasadena, California.