**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50048 |
| Plaintiff-Appellee, | D.C. No. 2:20-cr-00387-AB-1 |
| v. | Central District of California, Los Angeles |
| STEVEN DUARTE, AKA Shorty, | ORDER |
| Defendant-Appellant. | |

Before: BEA, M. SMITH, and VANDYKE, Circuit Judges.

Defendant-Appellant Steven Duarte is ordered to file a response to Plaintiff-Appellee's Petition for Rehearing En Banc (Dkt. No. 72) filed on May 14, 2024. The response shall not exceed fifteen pages or 4,200 words and shall be filed within fourteen days of the date of this order.