NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>STEVEN DUARTE, AKA Shorty,<br><br>　　　　Defendant-Appellant. | No.　22-50048<br><br>D.C. No. 2:20-cr-00387-AB-1<br>Central District of California,<br>Los Angeles<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

The parties are directed to file supplemental briefs, not to exceed 30 pages unless they comply with the alternative length limitation of 8,400 words, addressing (1) the impact of *United States v. Rahimi*, 602 U.S. __, 144 S. Ct. 1889 (2024), on the issues presented in this case; and (2) whether this case should be remanded to the district court for further proceedings. Appellant's supplemental brief is due on September 3, 2024. Appellee's supplemental brief is due on October 3, 2024.

En banc oral argument has been rescheduled from the week of September 23, 2024, in San Francisco, California, to the week of December 9, 2024, in Pasadena, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.