**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

AUG 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN DUARTE, AKA Shorty, <br><br> Defendant-Appellant. | No. 22-50048 <br><br> D.C. No. 2:20-cr-00387-AB-1 <br> Central District of California, <br> Los Angeles <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

The unopposed motion for an extension of time for the Court-Ordered En Banc Supplemental Briefing is GRANTED (Doc. 88). Appellant's supplemental brief is due on September 17, 2024. Appellee's supplemental brief is due on October 29, 2024.

IT IS FURTHER ORDERED that any amicus curiae supporting the position of Appellant or not supporting either party must serve its brief, along with any necessary motion, no later than September 24, 2024. Any amicus curiae supporting the position of Appellee must serve its brief, along with any necessary motion, no later than November 5, 2024.

En banc oral argument will be scheduled the week of December 9, 2024, in Pasadena, California. The date and time will be determined by separate order. For

2

further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.