**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

OCT 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. STEVEN DUARTE, AKA Shorty, Defendant-Appellant. | No. 22-50048 D.C. No. 2:20-cr-00387-AB-1 Central District of California, Los Angeles ORDER |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 1:30 p.m. on Wednesday, December 11, 2024, in Courtroom Three of the Richard H. Chambers Courthouse, located at 125 South Grand Avenue in Pasadena, California 91105.